UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEBRA TAYLOR                                                             CIVIL ACTION

VERSUS                                                                          NO: 14-2433

WINN-DIXIE MONTGOMERY, LLC,                              SECTION: "A"
et al

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to reopen or to seek summary judgment enforcing the compromise if settlement is not consummated within sixty (60) days.  During this sixty day period, the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 24th day of March 2016.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE